UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

KHATIJA KHAN,

    Petitioner,

v.                                        Case No. 5:24cv263-TKW-MAL

UNITED STATES OF AMERICA,

    Respondent.

_____/

## **ORDER**

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 9). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that this case should be dismissed because it does not present a viable claim for habeas relief. Accordingly, it is **ORDERED** that:

    1.     The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

    2.     This habeas case is **DISMISSED without prejudice** to Petitioner asserting the claims raised in the petition in an appropriate civil action.

    3.     The Clerk shall enter judgment in accordance with this Order and close the case file.

2

**DONE AND ORDERED** this 18th day of April, 2025.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**